Attachment A

GEOGRAPHIC RESTRICTION

U.S. v. David Wood
No. 20-cr-10006-NMG

During the period of supervised release, the defendant will be precluded from entering the area on the map set out below, bordered by Columbia Road, Brinsley Street, Ronald Street, Morse Street, Washington Street, Erie Street, Glenway Street, and Old Road ("the Exclusion Zone") without the express permission of the U.S. Probation Office.  This restriction does not preclude the defendant from traveling by motor vehicle on any of the roads bordering the Exclusion Zone except it does preclude him entirely from being on Morse Street.  This geographic restriction is subject to modification by the Court upon motion from either party.

